# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY SHA'NEE MALDONADO, | 1:12-cv-0671-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| R.H. TRIMBLE, et al., | (ECF No. 13) |
| Defendants. | |

Plaintiff Billy Ray Sha'Nee Maldonado ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 3, 2012, the Magistrate Judge filed a Findings and Recommendations, recommending dismissal of certain of Plaintiff's claims and Defendants. (ECF No. 13.) Plaintiff has failed to file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///
///

-1-

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 3, 2012, are adopted in full;
2. Plaintiff be allowed to proceed on his Eighth Amendment claim for inadequate medical care against Defendants Coleman and Fortune;
3. Plaintiff's First Amendment claim be DISMISSED; and
4. Defendant Greene be DISMISSED from this action.

IT IS SO ORDERED.

**Dated:   January 15, 2013**           /s/  **Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE