# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY SHA'NEE MALDONADO,<br><br>Plaintiff,<br><br>v.<br><br>R. H. TRIMBLE, et al.,<br><br>Defendants. | Case No.: 1:12-cv-0671-LJO-MJS (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE A RESPONSE TO MOTION TO DISMISS WITHIN THIRTY DAYS OF SERVICE<br><br>ECF No. 21 |

Plaintiff Billy Ray Sha'nee Maldonado ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 10, 2013, Defendant Fortune filed a motion to dismiss.  Plaintiff has failed to respond.  Local Rule 230(*l*).

Accordingly, it is HEREBY ORDERED that:

1.  Plaintiff is required to file an opposition or notice of non-opposition to Defendant's motion within thirty (30) days from the date of service of this order; and

2.  The failure to file a response to Defendant's motion will result in dismissal of ////
/////
/////

1

1  this action, with prejudice, for failure to prosecute.

3  IT IS SO ORDERED.

5  Dated:   October 4, 2013              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE