UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY SHA'NEE MALDONADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. H. TRIMBLE, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-0671-LJO-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR AN ENTRY OF DEFAULT<br><br>ECF No. 22 |

　　　　Plaintiff Billy Ray Sha'nee Maldonado ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff initiated this action on April 27, 2012.  (ECF No. 1.)  On December 3, 2012, the Court found that Plaintiff stated a cognizable Eighth Amendment claim against Defendants Coleman and Fortune.  (ECF No. 13.)  On February 28, 2013, the Court ordered the United States Marshall to serve Defendants Coleman and Fortune and set a service deadline of July 1, 2013.  (ECF No. 17.)  Defendant Fortune has since filed a motion to dismiss.  (ECF No. 21.)  As of this date, the Court has not received any evidence indicating that Defendant Coleman has been served.

　　　　On June 26, 2013, Plaintiff filed a motion, requesting that the Court enter an order of default judgment against both Defendants.  (Mot., ECF No. 22.)

1  A default, followed by a default judgment, cannot be taken unless and until a
2 defendant has been served and fails to file a responsive pleading within the time allowed.
3 Fed. R. Civ. P. 55(a).  That has not happened with regard to either Defendant.  Defendant
4 Fortune appeared and filed a motion to dismiss in response to Plaintiff's Second Amended
5 Complaint.  There is no evidence that Defendant Coleman has yet been served.
6  Accordingly, Plaintiff having presented no basis upon which a default could be taken
7 against these Defendants, his motion for a default judgment is DENIED.

11 IT IS SO ORDERED.

13  Dated:   October 4, 2013         /s/ *Michael J. Seng*
           UNITED STATES MAGISTRATE JUDGE