UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY SHA'NEE MALDONADO,<br><br>    Plaintiff,<br><br>    v.<br><br>R. H. TRIMBLE, et al.,<br><br>    Defendants. | 1:12-cv-0671-LJO-MJS<br><br>VOLUNTARY DISMISSAL OF ACTION<br><br>(ECF No. 33)<br><br>CLERK SHALL CLOSE CASE |

    Plaintiff Billy Ray Sha'nee Maldonado ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

    This action was initiated on April 27, 2012. (ECF No. 1.) On November 14, 2013, Plaintiff filed a notice with the Court asking that his Complaint be dismissed. (ECF No. 43.)

    Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.

    Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice.

    The Clerk shall CLOSE this case.

IT IS SO ORDERED.

    Dated:   November 20, 2013        /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE