# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY SHA'NEE MALDONADO,<br><br>Plaintiff,<br><br>v.<br><br>R. H. TRIMBLE, et al.,<br><br>Defendants. | Case No.: 1:12-cv-0671-LJO-MJS (PC)<br><br>ORDER VACATING THE COURT'S PRIOR ORDER DIRECTING THE UNITED STATES MARSHALS SERVICE TO INITIATE SERVICE ON DEFENDANT COLEMAN<br><br>ECF No. 28 |

Plaintiff Billy Ray Sha'nee Maldonado ("Plaintiff") is a state prisoner formerly proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on April 27, 2012. (ECF No. 1.) On December 3, 2012, the Court found that Plaintiff stated a cognizable Eighth Amendment claim against Defendants Coleman and Fortune. (ECF No. 13.)

On October 7, 2013, the Court issued an order directing the United States Marshal to continue to attempt service on Defendant Coleman. (ECF No. 28.) A month later, on November 14, 2013, Plaintiff filed a notice of voluntary dismissal, and this action was closed. (ECF Nos. 33, 34.) The need for service was obviated.

Accordingly, the October 7, 2013 order directing the Marshal's office to undertake service is hereby VACATED.

IT IS SO ORDERED.

Dated:   January 31, 2014              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE